# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**PATRICK D. MOORE**                                                     **PLAINTIFF**

vs.                                    **Civil No. 4:19-cv-04049**

**ANDREW SAUL,**                                                  **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 18th day of June 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                        /s/ *Barry A. Bryant*
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE